AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

**V.**

JOSE BUCIO-ALANIZ

## CRIMINAL COMPLAINT

CASE NUMBER: $05m - 1134 - JGD$

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____ May 27, 2005 _____ in _____ Suffolk _____ county, in the

_____ District of ___ Massachusetts ___ defendant(s) did, (Track Statutory Language of Offense)

being an alien and having been excluded, deported or removed from the United States, was found in the United States without having received the express consent of the United States Attorney General to reapply for admission to the United States.

in violation of Title ____ 8 ___ United States Code, Section(s) _____ 1326 _____.

I further state that I am a(n) _____ Special Agent, ICE _____ and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Special Agent Michael Perrella

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

08-29-2005                                         at                    Boston, Massachusetts
Date                                                                         City and State

Judith Gail Dein
U.S. Magistrate Judge

Name & Title of Judicial Officer                              Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** __II__      **Investigating Agency** __ICE__

**City** __Chelsea__      **Related Case Information:**

**County** __Suffolk__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE BUCIO-ALANIZ__      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address _____

Birth date: __1984__    SS#: _____   Sex: __M__   Race: __HISPANIC__   Nationality: __MEXICAN__

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   **DONALD L. CABELL**      **Bar Number if applicable** _____

**Interpreter:**   ☒ Yes   ☐ No      **List language and/or dialect:**    **SPANISH**

**Matter to be SEALED:**   ☐ Yes   ☒ No

     ☒ **Warrant Requested**      ☐ **Regular Process**      ☒ **In Custody**

**Location Status:**

**Arrest Date:**    __August 23, 2005__

☒ **Already in Federal Custody as**   __ICE Administrative Custody__   **in** _____ .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   **Ordered by** _____   **on** _____

**Charging Document:**   ☒ **Complaint**    ☐ **Information**    ☐ **Indictment**

**Total # of Counts:**   ☐ **Petty** _____   ☐ **Misdemeanor** _____   ☒ **Felony**   __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**   **August 29, 2005**      **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy** _____

**Name of Defendant    JOSE BUCIO-ALANIZ**_____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 U.S.C. §1326 | Unlawful Reentry after Deportation | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

ICE _____