## **AFFIDAVIT OF SPECIAL AGENT MICHAEL PERRELLA**

I, Michael Perrella, having been duly sworn, do hereby depose and state as follows:

1. I am a Senior Special Agent with the Bureau of Immigration and Customs Enforcement (ICE) formally the Immigration and Naturalization Service ("INS"). I have been employed with ICE (INS) since 1996. Among other things, my duties include the detection and apprehension of aliens who are in the United States unlawfully, and includes the investigation of cases involving persons who have illegally reentered the United States after having been deported.

2. I make this affidavit in support of a criminal complaint against an individual named **JOSE BUCIO-ALANIZ** (BUCIO), charging him with unlawful reentry after deportation, in violation of Title 8, United States Code, §1326.

3. The information set forth in this affidavit is based on my own investigation, my review of ICE records, as well as information provided by other law enforcement officials.

4. BUCIO is and at all times has been a native and citizen of Mexico. I have reviewed his Alien File maintained by ICE and it indicates that he first entered the United States illegally through San Ysidro, California, on January 1, 1986.

5. On or about October 30, 2003, in Clark County, Nevada, BUCIO was charged with the crime of Assault with a Deadly Weapon.

6.    On or about January 27, 2004, BUCIO pled guilty to the charge and was given a suspended sentence of one to four years, and three years of probation.

7.    As a result of the conviction, ICE initiated deportation proceedings and BUCIO was ordered deported from the United States. On or about June 22, 2004, a Warrant of Removal/Deportation form (I-205) was executed.    The form, which is used to evince deportations, contained a photograph of BUCIO along with a print from his right index finger.    A Warning to Alien Removed or Deported form (I-294) stating that BUCIO was prohibited from ever returning to the United States was also executed on the same date. On or about June 24, 2004, BUCIO was removed from the United States through San Ysidro, California.

8.    Despite being deported, BUCIO re-entered the country less than a year later. On or about May 27, 2005, BUCIO was arrested by the Chelsea, MA Police Department and charged with assault and battery and malicious destruction of property.    BUCIO used the name of Jose ALANIZ , with a date of birth of April 11, 1984 when he was arrested.

9.    On or about July 29, 2005, ICE/Immigration Enforcement Agent Mary E. Sansone interviewed BUCIO at the Suffolk County jail in Boston, MA and served him with a Notice to Reinstate Prior Order (I-871).

10.    On August 16, 2005, BUCIO was convicted of the charges
in the Chelsea District Court and sentenced to 90 days in jail.  On
August 25, 2005, a copy of BUCIO's fingerprints contained on a ten
print card were sent to the FBI Special Processing Center in West
Virginia.  A latent print examiner compared the ten print card to
the right index print found on BUCIO's original Warrant of
Deportation (I-205) and concluded that both fingerprints submitted
were identical with those of Jose BUCIO-Alaniz, FBI number
809800XB8.

11.    I have reviewed the documents contained in BUCIO's A-
file maintained by ICE and there is no documentation to suggest
that he ever applied for permission to re-enter the United States
following his deportation in 2004.

12.    Based on the foregoing, I believe there is probable cause to believe that Jose BUCIO-Alaniz is an alien who was previously deported from the United States and re-entered the United States without having received the express consent of the United States Attorney to reapply for admission to the United States, in violation of Title 8 United States Code, Section 1326.

Michael Perrella Special Agent
Immigration and Customs
Enforcement

Subscribed and sworn to before this 24th day of August, 2005;

JUDITH GAIL DEIN
U.S. Magistrate Judge

-4-