UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-1134-JGD |
| | ) | |
| JOSE BUCIO-ALANIZ | ) | |

<u>NOTICE OF APPEARANCE</u>

Assistant Federal Defender Stylianus Sinnis hereby files his appearance on behalf of Defendant, Jose Bucio-Alaniz. The undersigned is substitute counsel for Oscar Cruz, Esq. of the Federal Defender Office.

                                                                             JOSE BUCIO-ALANIZ
By his attorney,

/s/ Stylianus Sinnis
Stylianus Sinnis
  B.B.O. # 560148
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

October 19, 2005